No. 01–7783. LAWSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7786. MEYST v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7787. OVALLE-JIMENEZ, AKA OVALLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7790. MORENO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7792. APONTE-BURGOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7793. MAGGARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7795. MANN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7797. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7802. DUPAW v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–7808. YEPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7809. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7812. TYLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7816. MUELLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7817. PARSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7819. JESSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7821. KOEHLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.